DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALFREDO BLESS,**
Appellant,

v.

**ECHO GROUP HOLDINGS, LLC,**
Appellee.

No. 4D18-3053

[October 17, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 50-2017-CA-013622-XXXX-MB.

Alfredo Bless, West Palm Beach, pro se.

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***